JOHN D. LOCKE, Respondent, *v.* WILLIAM B. BORROWS.
Appellant.

(Argued June 10, 1872; decided June 20, 1872.)

*William D. Booth* for the appellant.

*Benjamin W. Downing* for the respondent.

Agree to affirm.　No opinion.
Judgment affirmed.